IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNBEAM MARKET, et al.,<br><br>  Defendants | No. C-05-3652 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE REQUEST FOR ENTRY OF DEFAULT; DENYING TELEPHONIC APPEARANCE AS MOOT** |

The Court is in receipt of plaintiff Lorillard Tobacco Company's separate Case Management Statement, Declaration of Thomas A. Burg, and letter request for a telephonic appearance.[1]

Given plaintiff's representation, as set forth in the above documents, that neither defendant has appeared, the Case Management Conference is hereby CONTINUED to March 24, 2006; a Case Management Statement shall be filed no later than March 17, 2006. Plaintiff is hereby directed to file, no later than February 24, 2006, either a request

---

[1] The first two documents were e-filed January 27, 2006. To date, no chambers copies have been lodged. See General Order 45 § VI.G (providing party must deliver to Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File'"). Further, although this is an e-filing case, the letter was not e-filed by counsel but rather mailed to the Court, who has directed the Clerk to scan the document into the docket; any request for a telephonic appearance should be properly filed. See Civil L. R. 16-10.

1  for entry of default or a declaration explaining why such request is not warranted.

2  The request for a telephonic appearance is DENIED as moot.

3  **IT IS SO ORDERED.**

5  Dated:  January 30, 2006

   _____
   MAXINE M. CHESNEY
   United States District Judge