IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, | No. C-05-3652 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| SUNBEAM MARKET, et al., | |
| Defendants / | |

Before the Court is plaintiff Lorillard Tobacco Company's request to appear by telephone at the March 24, 2006 case management conference.

Because defendant Timothy Michael Curtis, who has filed an answer, proceeds pro se and may appear in person at the March 24, 2006 case management conference, the Court will require all parties to appear in person.

Accordingly, defendant's request to appear by telephone is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 21, 2006

MAXINE M. CHESNEY
United States District Judge