IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNBEAM MARKET, et al.,<br><br>    Defendants<br>_____/ | No. C-05-3652 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD ADDITIONAL PARTY; VACATING HEARING** |

    Before the Court is plaintiff Lorillard Tobacco Company's motion, filed April 13, 2006, by which plaintiff seeks leave, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to file a Second Amended Complaint ("SAC") that names an additional defendant, specifically, Manssor Ghanem ("Ghanem"). No opposition has been filed by the existing defendants.

    Having reviewed the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for May 19, 2006, and, for the reasons stated in plaintiff's motion, hereby GRANTS the motion. Plaintiff shall file its proposed Second Amended Complaint no later than May 17, 2006. Further, pursuant to the Court's order of March 27, 2006, plaintiff shall serve the SAC on Ghanem no later than May 26, 2006.

    **IT IS SO ORDERED.**

Dated: May 10, 2006

                                                          MAXINE M. CHESNEY
                                                          United States District Judge