United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, | No. C 05-3652 MMC |
| Plaintiff, | **ORDER DISMISSING DEFENDANT TIMOTHY MICHAEL CURTIS, DBA SUNBEAM MARKET** |
| v. | |
| SUNBEAM MARKET, et al., | |
| Defendants / | |

Plaintiff and defendant Timothy Michael Curtis, dba Sunbeam Market ("Curtis") having advised the Court that they have reached a settlement,

IT IS HEREBY ORDERED that plaintiff's claims against Curtis are dismissed without prejudice, provided, however, that if any of said parties certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

**IT IS SO ORDERED.**

Dated: November 2, 2006

_____
MAXINE M. CHESNEY
United States District Judge