United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORILLARD TOBACCO COMPANY,

    Plaintiff,

  v.

SUNBEAM MARKET, et al.,

    Defendants
                              /

No. C-05-3652 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT MANSSOR GHANEM SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

      By separate order filed concurrently herewith, the Court has dismissed plaintiff's claims against defendant Timothy Michael Curtis, dba Sunbeam Market ("Curtis"), in light of a settlement between plaintiff and Curtis. As a result, the only remaining defendant herein is Manssor Ghanem ("Ghanem").

      By order filed May 10, 2006, the Court ordered plaintiff to serve Ghanem with the Second Amended Complaint ("SAC") no later than May 26, 2006. On May 23, 2006, plaintiff filed proof of service, indicating that Ghanem was served on May 16, 2006. Consequently, Ghanem's answer or other response was due no later than June 5, 2006. See Fed. R. Civ. P. 12(a)(1) (providing defendant shall serve answer within 20 days of service). To date, Ghanem has not filed an answer or other response to the SAC, and plaintiff has not filed a request for entry of Ghanem's default or otherwise taken any action with respect to its claims against Ghanem.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than November 17, 2006, why its claims against Ghanem should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 2, 2006

MAXINE M. CHESNEY
United States District Judge