IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNBEAM MARKET, et al.,<br><br>    Defendants<br>_____/ | No. C-05-3652 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING DEADLINE FOR PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT** |

    Before the Court is plaintiff Lorillard Tobacco Company's response, filed November 16, 2006, to the Court's Order Directing Plaintiff To Show Cause Why Claims Against Defendant Manssor Ghanem Should Not Be Dismissed For Failure To Prosecute, filed November 2, 2006.

    Having considered plaintiff's response, the Court hereby DISCHARGES the order to show cause, and, at plaintiff's request, SETS a January 4, 2007 deadline for plaintiff to file a request for entry of default. All other scheduled dates, including the January 12, 2007 status conference, the February 27, 2007 pretrial conference, and the March 12, 2007 trial, remain as scheduled.

    Plaintiff is hereby ORDERED to serve, no later than December 11, 2006, a copy of this order on Manssor Ghanem, and to file proof of such service no later than December 13, 2006.

    **IT IS SO ORDERED.**

Dated: December 1, 2006

                                    MAXINE M. CHESNEY
                                    United States District Judge