IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, | No. C-05-3652 MMC |
| Plaintiff, | **ORDER RE STIPULATION TO REOPEN DISCOVERY** |
| v. | |
| SUNBEAM MARKET, et al., | |
| Defendants / | |

The Court is in receipt of a stipulation, filed December 27, 2006, between plaintiff Lorillard Tobacco Company ("Lorillard") and defendant Manssor Ghanem ("Ghanem"), in which the parties request that the Court reopen discovery for a period of sixty days from the date the Court approves the stipulation.

The parties' stipulation fails to address how the requested extension would impact the scheduled February 27, 2007 pretrial conference and the March 12, 2007 trial dates. Moreover, although the parties represent that Manssor Ghanem "responded to Lorillard's Second Amended Complaint on November 30, 2006," (see Stip. at 2:1-2), no such response has been filed with the Court.

Accordingly, the Court will not approve the stipulation at the present time, but will consider the matter at the scheduled January 12, 2007 status conference.

//

Because, as noted, Ghanem has not filed any response to the operative complaint, or otherwise provided the Court with a mailing address, Lorillard shall serve a copy of this order on Ghanem no later than January 8, 2007.

**IT IS SO ORDERED.**

Dated: January 3, 2007

MAXINE M. CHESNEY
United States District Judge

2