IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORILLARD TOBACCO COMPANY,<br><br>　　Plaintiff,<br><br>　v.<br><br>SUNBEAM MARKET, et al.,<br><br>　　Defendants | No. C 05-3652 MMC<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT MANSSOR GHANEM** |

　　Plaintiff having advised the Court that it has reached a settlement with the remaining defendant, Manssor Ghanem ("Ghanem"),

　　IT IS HEREBY ORDERED that plaintiff's claims against Ghanem are dismissed without prejudice, provided, however, that if either party certifies to the Court, within ninety days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

　　**IT IS SO ORDERED.**

Dated: March 12, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge